eral, for respondent.

No. 1219, Misc. HATCH v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept.

No. 1229, Misc. HERRING v. NEW MEXICO. Sup. Ct. N. M.

No. 1254, Misc. WILLIAMS v. ILLINOIS. Sup. Ct. Ill. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondent.

No. 1281, Misc. MONROE v. MICHIGAN. Sup. Ct. Mich. Petitioner *pro se. Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Curtis G. Beck,* Assistant Attorney General, for respondent.

No. 1285, Misc. BONNER v. MINNESOTA. Sup. Ct. Minn. Petitioner *pro se. Douglas M. Head,* Attorney General of Minnesota, and *Gerard W. Snell,* Acting Solicitor General, for respondent.

No. 1633, Misc. LUXEM v. CALIFORNIA. Ct. App. Cal., 1st App. Dist.

No. 1674, Misc. HENSLEY ET AL. v. UNITED STATES. C. A. 6th Cir. *I. Philip Sipser, Paul O'Dwyer* and *Dan Jack Combs* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1709, Misc. TALBOT v. CALIFORNIA. Sup. Ct. Cal.

No. 1743, Misc. JOHNSON v. LOUISIANA. Sup. Ct. La. *Benjamin E. Smith* for petitioner.

No. 1747, Misc. RHETTA v. FIELD, MENS COLONY SUPERINTENDENT. Ct. App. Cal., 2d App. Dist.